## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jennifer Lori Riddick                     CHAPTER 13
           Charles Pernell Riddick Jr. a/k/a
Charles Pernell Riddick, Jr                      BKY. NO. 23-10296
                   Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                   Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
03 Feb 2023, 17:14:28, EST

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322