# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Charles Pernell Riddick, Jr. | | |
| Jennifer Lori Riddick | : | |
| | | |
| Debtor(s) | : | Bankruptcy No. 23-10296 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor The John Yurconic Jr. Trust;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $186.00 has been filed in your name by John T. Yurconic on 02/21/2023.

Dated: February 23, 2023

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Antoinette Stevenson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)