Certificate Number: 17082-PAE-DE-037212528

Bankruptcy Case Number: 23-10296



17082-PAE-DE-037212528

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2023, at 3:07 o'clock PM MST, CHARLES P RIDDICK Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 26, 2023                By:   /s/Orsolya K Lazar

                                        Name: Orsolya K Lazar

                                        Title: Executive Director