Certificate Number: 17082-PAE-DE-037211548

Bankruptcy Case Number: 23-10296



17082-PAE-DE-037211548

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2023, at 8:51 o'clock PM MST, JENNIFER LORI RIDDICK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 25, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director