UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    Chapter 13

     Charles Pernell Riddick, Jr.             Bankruptcy No.23-10296-PMM
     Jennifer Lori Riddick

                      Debtors

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 27th day of April, 2023, by first class mail upon those listed below:

Charles Pernell Riddick, Jr.
Jennifer Lori Riddick
239 East Lynnwood St
Allentown, PA  18103

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                               */s/ Kristen Gliem*
                               Kristen Gliem
                               for
                               Scott F. Waterman, Esquire
                               Standing Chapter 13 Trustee