United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10296-pmm |
| Charles Pernell Riddick, Jr. | Chapter 13 |
| Jennifer Lori Riddick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2023 | Form ID: 155 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Pernell Riddick, Jr., 239 East Lynnwood St, Allentown, PA 18103-5167 |
| jdb | + | Jennifer Lori Riddick, 239 East Lynnwood St, Allentown, PA 18103-5167 |
| 14753048 | + | Campbell Rappold & Yurasits LLP, 1033 South Cedar Crest Blvd, Allentown, PA 18103-5494 |
| 14753050 | + | ComeityaBank/Comenity, PO Box 182789, Columbus, OH 43218-2789 |
| 14753051 | + | Dedicated Financial CSC, 1970 Oakcrest Ave - Ste 217, Saint Paul, MN 55113-2624 |
| 14753052 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14753053 | + | John Yurconic, 5910 Hamilton Blvd, Allentown, PA 18106-8943 |
| 14753054 | + | Legacy Trans LLC, 239 E Lynnwood Street, Allentown, PA 18103-5167 |
| 14753057 | + | McKenzie Capital, 3390 Mary St, Miami, FL 33133-5258 |
| 14753059 | + | North Mill Equipment Finance LLC, 601 Merrill 7 - Ste 5, Norwalk, CT 06851-1097 |
| 14753062 | | Revco Solutions Inc, PO Box 2724, Columbus, OH 43216-2724 |
| 14754566 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14753070 | | Vivian A. Riddick, 20006 Aviation Way - Unit D, Redondo Beach, CA 90278 |
| 14759147 | ++ | YURCONIC PROPERTY MANAGEMENT LLC, 5910 HAMILTON BLVD, STE 250, ALLENTOWN PA 18106-8943 address filed with court:, The John Yurconic Jr Trust, 5910 Hamilton Blvd, Allentown, PA 18106 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14753046 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2023 00:49:00 | ADS/Comenity/BJSClub, PO Box 182120, Columbus, OH 43218-2120 |
| 14753047 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2023 00:49:00 | ADS/Comenity/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 14756579 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 01:02:49 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14753049 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2023 00:48:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14757210 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2023 01:03:21 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14770326 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 01:03:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14756578 | + | Email/Text: mrdiscen@discover.com | Jul 21 2023 00:49:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14771314 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2023 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14772356 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 01:03:04 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 23-10296-pmm   Doc 33   Filed 07/22/23   Entered 07/23/23 00:30:32   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: 155 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14753055 | ^ | MEBN | | PO Box 10587, Greenville, SC 29603-0587 |
| | | | Jul 21 2023 00:37:25 | Mariner Finance, 5802 E Virginia Beach Blvd, Norfolk, VA 23502-2483 |
| 14766217 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 21 2023 00:49:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14753056 | + | Email/Text: info@maximcc.com | Jul 21 2023 00:50:00 | Maxim Commercial Capital, 11620 Wilshire Blvd - Ste 540, Los Angeles, CA 90025-1778 |
| 14753058 | | Email/Text: unger@members1st.org | Jul 21 2023 00:50:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14757954 | + | Email/Text: Unger@Members1st.org | Jul 21 2023 00:49:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14753060 | | Email/Text: clientservices@paramountrecovery.com | Jul 21 2023 00:49:00 | Paramount Recovery Systems, PO Box 23369, Waco, TX 76702 |
| 14753061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2023 01:03:19 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14761365 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2023 01:03:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14753569 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2023 00:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14770898 | | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2023 00:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14770899 | | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2023 00:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14761014 | | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2023 00:49:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14753063 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 21 2023 00:50:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14754486 | ^ | MEBN | Jul 21 2023 00:37:39 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14761663 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 21 2023 00:50:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14753065 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 00:45:45 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14753064 | + | Email/Text: DeftBkr@santander.us | Jul 21 2023 00:49:00 | Santander Bank NA, 450 Penn St, Reading, PA 19602-1011 |
| 14759291 | + | Email/Text: DeftBkr@santander.us | Jul 21 2023 00:49:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14753453 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 01:51:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753307 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 01:03:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768351 | + | Email/Text: bncmail@w-legal.com | Jul 21 2023 00:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14753066 | + | Email/Text: bncmail@w-legal.com | Jul 21 2023 00:49:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14753067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 01:03:23 | The Home Depot - CitiBank, PO Box 6497, Sioux Falls, SD 57117-6497 |

| 14753068 | Email/Text: bknotice@upgrade.com | Jul 21 2023 00:49:00 | Upgrade Inc, 2 N Central Ave - Fl 10, Phoenix, AZ 85004 |
| 14753069 | + Email/Text: LCI@upstart.com | Jul 21 2023 00:49:00 | Upstart Network Inc, 2950 South Delaware St, San Mateo, CA 94403-2580 |
| 14759147 | Email/Text: kroehner@yurconicpm.com | Jul 21 2023 00:49:00 | The John Yurconic Jr Trust, 5910 Hamilton Blvd, Allentown, PA 18106 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14753071 | | Willie O. Riddick, Address Unknown, Allentown, PA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Jennifer Lori Riddick claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Charles Pernell Riddick  Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles Pernell Riddick, Jr. and
Jennifer Lori Riddick

    Debtor(s)    Chapter: 13
                      Bankruptcy No: 23−10296−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Patricia M. Mayer
                                          Judge, United States Bankruptcy Court