| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10296-PMM**

Charles Pernell Riddick, Jr.
Jennifer Lori Riddick
239 East Lynnwood St
Allentown  PA    18103

Petition Filed Date: 01/31/2023
341 Hearing Date: 03/07/2023
Confirmation Date: 07/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $150.00 | | 08/31/2023 | $150.00 | | 10/05/2023 | $150.00 | |
| 11/02/2023 | $150.00 | | 12/01/2023 | $150.00 | | 01/02/2024 | $150.00 | |
| 01/29/2024 | $150.00 | | 03/05/2024 | $150.00 | | 04/08/2024 | $150.00 | |
| 05/02/2024 | $150.00 | | 05/31/2024 | $150.00 | | 06/27/2024 | $150.00 | |
| 07/29/2024 | $150.00 | | | | | | | |

**Total Receipts for the Period:  $1,950.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,988.00 | $2,442.00 | $1,546.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $366.42 | $0.00 | $366.42 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $25.85 | $0.00 | $25.85 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $3,203.39 | $0.00 | $3,203.39 |
| 4 | MEMBERS 1ST FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | THE JOHN YURCONIC JR TRUST<br>»» 004 | Unsecured Creditors | $186.00 | $0.00 | $186.00 |
| 6 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $7,215.13 | $0.00 | $7,215.13 |
| 7 | SANTANDER BANK NA<br>»» 006 | Unsecured Creditors | $24,982.29 | $0.00 | $24,982.29 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $1,192.55 | $0.00 | $1,192.55 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $134.40 | $0.00 | $134.40 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $5,152.14 | $0.00 | $5,152.14 |
| 11 | ROCKET MORTGAGE LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MARINER FINANCE LLC<br>»» 011 | Unsecured Creditors | $3,344.96 | $0.00 | $3,344.96 |
| 13 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $3,280.25 | $0.00 | $3,280.25 |
| 14 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $511.25 | $0.00 | $511.25 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $3,315.24 | $0.00 | $3,315.24 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $2,045.40 | $0.00 | $2,045.40 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $844.67 | $0.00 | $844.67 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $2,092.89 | $0.00 | $2,092.89 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $4,119.95 | $0.00 | $4,119.95 |
| 20 | NORTH MILL EQUIPMENT FINANCE LLC<br>»» 019 | Unsecured Creditors | $43,955.77 | $0.00 | $43,955.77 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $2,442.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $258.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.