UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles Pernell Riddick and<br>Jennifer Lori Riddick<br>　　　　　Debtor | Case No.: 23-10296<br>Adversary No.: _____<br>Chapter: 13<br>Judge: Patricia M Mayer |

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 02/05/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Charles Pernell Riddick and<br>Jennifer Lori Riddick | Chapter #13<br>Case No 23-10296<br>Honorable Patricia M Mayer |
| Debtors | |

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on February 5, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 5th day of February 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
1130 Berkshire Boulevard
Wyomissing, PA 19610
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL

Charles and Jennifer Riddick
239 E Lynnwood St
Allentown, PA 18103

VIA ECF

Scott F Waterman
2901 Saint Lawrence Ave
Reading, PA 19606

Charles Laputka
claputka@laputkalaw.com