**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles Pernell Riddick, Jr. aka Charles Pernell Riddick, Jr <br>      Jennifer Lori Riddick <br>         <u>Debtors</u> | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC <br>         <u>Moving Party</u> <br>     vs. | NO. 23-10296 PMM |
| Charles Pernell Riddick, Jr. aka Charles Pernell Riddick, Jr <br> Jennifer Lori Riddick <br>         <u>Debtors</u> | 11 U.S.C. Section 362 |
| Scott F. Waterman <br>         <u>Trustee</u> | |

**<u>ORDER</u>**

AND NOW, this ____5th____ day of ____June_____, 2025 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge