UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles Pernell Riddick, Jr. aka Charles Pernell Riddick, Jr and Jennifer Lori Riddick | Case No.:  23-10252<br>Adversary No.: ___-____<br>Chapter:  13_____<br>Judge:  Patricia M Mayer |
| Debtors | |

**CHANGE OF ADDRESS**

**Creditor Name:**  Santander Bank, N.A.


**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051


**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/06/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                      Chapter #13
Charles Pernell Riddick, Jr. aka Charles Pernell           Case No. 23-10252
Riddick, Jr and Jennifer Lori Riddick                      Honorable Patricia M Mayer

Debtors

_____/

## CERTIFICATE OF SERVICE

       I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 6, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

       Signed under the penalties of perjury, this 6th day of December 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 1960
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Charles and Jennifer Riddick, Jr.
239 East Lynnwood St
Allentown, PA 18103

VIA ECF
SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Charles Laputka
ecfnotices@laputkalaw.com